```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTTSDALE INSURANCE COMPANY,

                              Plaintiff,

        -against-

JOSEPH SANTULLO, et al.,

                              Defendants.

25-CV-09861 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

        This is an insurance coverage dispute.  Plaintiff is Scottsdale Insurance Company.
Defendants are Joseph Santullo, 29 Ring LLC, and Tate Neiderer.  Plaintiff filed the complaint
on November 26, 2025.  Dkt. No. 1.  On January 2, 2026, Plaintiff filed an affidavit of service
indicating that Santullo was served on December 26, 2025, by hand delivery to him. Dkt. No. 10.
Therefore, Santullo's deadline to answer the complaint was January 16, 2026.  On January 9,
2026, Plaintiff filed an affidavit of service indicating that Neiderer was served on January 5,
2026, by depositing the pleadings with his mother in Pennsylvania. Dkt. No. 11.  Therefore,
Neiderer's deadline to answer the complaint was January 26, 2026.  As of January 28, 2026,
neither Santullo nor Neiderer have entered an appearance in this matter or responded to the
complaint.  Accordingly, it is hereby ORDERED:

        By **February 27, 2026**, Plaintiff shall move for default judgment against Defendants
Santullo and Neiderer in accordance with the Court's Individual Rules & Practices
(https://nysd.uscourts.gov/hon-margaret-m-garnett).  If Plaintiff's counsel submits calculations in
support of any motion for default judgment, Plaintiff's counsel must email chambers native
versions of the files with the calculations.  Plaintiff must file the proposed default judgment order
electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's
approval.

        By **March 4, 2026**, Plaintiff shall serve Defendants Santullo and Neiderer with a copy of
the motion by both email if known and by a mail delivery service that provides delivery
confirmation and file proof of service on the docket (for both email and mail delivery).

        By **March 25, 2026**, Defendants Santullo and Neiderer shall file any opposition to
Plaintiff's default judgment motion.

1

Plaintiff is further ORDERED to serve a copy of this Order on Defendants or their counsel both by email if known and by a mail delivery service that provides delivery confirmation and file proof of service (for both email and mail delivery) by **February 3, 2026**.

The Initial Pretrial Conference scheduled for February 3, 2026, is ADJOURNED *sine die*.  Plaintiff's letter motion to adjourn the conference (Dkt. No. 12) is DENIED AS MOOT.

Plaintiff is ORDERED to promptly file proof of service on Defendant 29 Ring LLC.  *See* Dkt. No. 12 (stating that 29 Ring LLC was served on January 20, 2026).

Dated: January 29, 2026
          New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2