

Marci Goldstein Kokalas | Partner
Direct 973.681.7025 | mkokalas@goldbergsegalla.com

March 2, 2026

**Via ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      **Re:**    **Scottsdale Insurance Company v. Joseph Santullo, et al.**
             **Docket No. 1:25-cv-09861-MMG**

Dear Judge Garnett:

This firm represents Plaintiff, Scottsdale Insurance Company ("Scottsdale") in the above-referenced matter. Scottsdale writes to respectfully request an extension of time to file a motion for default judgment against Defendant 29 Ring LLC ("29 Ring"), which is currently due on Friday, March 6, 2026. There have been no previous extensions of time to file a motion for default judgment against 29 Ring and counsel for Defendants Joseph Santullo ("Santullo") and Tate Neiderer ("Neiderer") consent to this request.

This is an insurance coverage dispute wherein Scottsdale seeks a declaration of its rights and obligations under an insurance policy it issued to Santullo related to an underlying personal injury matter brought by Neiderer against, among other defendants, Santullo and 29 Ring. While Neiderer and Santullo were previously in default, both parties have now answered Scottsdale's Complaint. Scottsdale thus respectfully requests an extension of time to file its motion for default judgment against 29 Ring as the motion will address coverage issues as to all parties. In the interest of judicial economy, and to avoid potentially duplicative motion practice, Scottsdale respectfully requests a thirty (30) day extension of time to file a motion for default judgment against 29 Ring. This request will not unduly delay prosecution of this matter, which is in its initial stages.

Scottsdale has, however, filed a request for a Clerk's certificate of default (ECF 28) as to 29 Ring. Thank you for your consideration.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**


*/s/ Marci Goldstein Kokalas*
Marci Goldstein Kokalas

GRANTED. Plaintiff's deadline to move for default judgment against Defendant 29 Ring LLC is hereby EXTENDED until **April 6, 2026**. Plaintiff shall serve Defendant 29 Ring LLC or its counsel with a copy of the motion by **April 10, 2026**, by both email if known and a mail delivery service that provide delivery confirmation, and file proof of service on the docket. Defendant 29 Ring LLC's deadline to oppose any motion for default judgment is hereby EXTENDED until **May 4, 2026**. Plaintiff is hereby ORDERED to serve a copy of this Order on Defendant 29 Ring LLC or its counsel by both email if known and a mail delivery service that provides delivery confirmation, and file proof of service (for both email and mail delivery) by **March 6, 2026**. The Clerk of Court is respectfully directed to terminate Dkt. No. 29.

SO ORDERED. Dated March 3, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE